UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

TRAVELERS PROPERTY CASUALTY )
CO., )
                                   Plaintiff/Appellee, )
            )
v. ) Case No: 16-11227
            )
AMERISURE INSURANCE COMPANY, )
            )
                            Defendant/Appellant. )

**CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

**District Court Judges**: Hinkle, Robert L.; Smoak, Richard

**District Court Magistrate Judge**: Kahn, Charles J.

**Attorneys for Defendant/Appellant Amerisure Insurance Company**:

    Elder, Donald E.
    Illinois Bar Number: 6255889
    Warning, Brett L.
    Illinois Bar Number: 6199057
    Emerson & Elder, P.C.
    53 West Jackson Boulevard
    Suite 526
    Chicago, IL 60604

**Attorney for Plaintiff/Appellee Travelers Property Casualty Company**:

    Dunlap, Jr., W. Gray
    Florida Bar Number: 0333220
    W. Gray Dunlap, Jr., P.A.
    146 Second Street North
    Suite 310
    St Petersburg, FL 33701

*Travelers Property Casualty Co. v. Amerisure Insurance Company*, No. 16-11227

**Defendant/Appellant Amerisure Insurance Company**:

Amerisure Insurance Company is a wholly owned subsidiary of Amerisure Mutual Insurance Company, which converted from a mutual insurance company to a stock insurance company.

Amerisure Mutual Insurance Company is a wholly owned subsidiary of Amerisure, Inc., an intermediate holding company which is wholly owned and controlled by Amerisure Mutual Holdings, Inc., a Michigan mutual insurance holding company.

No publicly held corporation owns 10% or more of the stock of Amerisure Insurance Company or Amerisure Mutual Insurance Company, and therefore there are no stock ticker symbols for any of these entities.

                              Respectfully submitted,

                         By:   /s/ Donald E. Elder
                              Attorneys for Amerisure Insurance Company

Donald E. Elder
Brett L. Warning
Emerson & Elder, P.C.
53 West Jackson Blvd, Suite 526
Chicago, IL 60604
Telephone: 312-520-2502
dee@emersonelder.com
brett@emersonelder.com
*Attorneys for Appellant-Defendant/Counter-Plaintiff, Amerisure Insurance Company*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8, 2016, the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List through the Court's ECM system.

By: /s/ Brett L. Warning
Attorney for Amerisure Insurance Company

Donald E. Elder
dee@emersonelder.com
Brett L. Warning
brett@emersonelder.com
Emerson & Elder, P.C.
53 West Jackson Blvd.
Suite 526
Chicago, IL 60604
*Attorneys for Defendant/Appellant, Amerisure Insurance Company*

**Service List:**

W. Gray Dunlap, Jr.
W. Gray Dunlap, Jr., P.A.
146 Second Street North
Suite 310
St. Petersburg, FL 33701
gdunlap@wgd-law.com
*Attorney for Plaintiff/Appellee, Travelers Property Casualty Company of America*